UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| AMERISURE MUTUAL INS. CO., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV509 SPM |
| | ) | |
| FEDERAL INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter came before the Court on September 22, 2015, for a telephone conference regarding the Motion of Nonparty St. Louis Parking Company ("St. Louis Parking") to quash a subpoena served by Defendant Federal Insurance Company ("Federal"). (Doc. 24). The Court and the parties discussed the timing and the scope of the subpoena. At the time of the conference, counsel for St. Louis Parking and Federal indicated that the parties had already agreed to continue the deposition scheduled for September 22, 2015, and anticipated that they could resolve remaining issues related to the scope of the subpoena. Counsel for St. Louis Parking indicated that, within seven (7) days of the telephone conference, he would advise the Court if any of the issues raised in the motion remain unresolved.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **September 29, 2015**, Nonparty St. Louis Parking Company must file a Memorandum with the Court indicating whether the issues raised in its Motion to Quash have been resolved by agreement of the parties. To the extent there are issues remaining to be resolved by the Court, St. Louis Parking Company must specify what those issues are; and, if necessary, the Court will schedule a motion hearing by separate order.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

**Dated this 22nd Day of September, 2015.**